UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MARCOS NARCISO MARTINEZ, et al.,

                    **Plaintiffs,**            16-CV-05828 (SN)

    -against-                                   **ORDER**

FUNSAN K. CORP., et al.,

                    **Defendants.**
------------------------------------------------------------X
------------------------------------------------------------X

MARINO ALBERTO PEREZ,

                    **Plaintiff,**             18-CV-04479 (SN)

    -against-

FUNSAN K. CORP., et al.,

                    **Defendants.**
------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In this Fair Labor Standards Act case, the parties appeared before the Court for a settlement conference on June 27, 2018, and agreed to the terms of a settlement in principle. Counsel for the parties submitted their proposed settlement agreement on July 25, 2018. ECF No. 105. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice.

      The Clerk of the Court is respectfully requested to terminate the motion at ECF No. 105.

**SO ORDERED.**

DATED:    July 30, 2018
              New York, New York

SARAH NETBURN
United States Magistrate Judge